**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                       **CRIMINAL NO. 1:21-cr-054-LG-BWR-1
CIVIL NO. 1:25-cv-150-LG**

**ALVIN RAY LUCAS**

### CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned

habeas corpus case, in which the detention complained of arises out of process

issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the Court,

considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule

22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules

Governing Section 2255 Cases in the United States District Courts, hereby finds

that:

    _X_ A Certificate of Appealability should not issue.  The applicant has failed
to make a substantial showing of the denial of a constitutional right.

    ____ A Certificate of Appealability should issue for the following specific
issue(s):

**SO ORDERED AND ADJUDGED** this the 17th day of April, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.

UNITED STATES DISTRICT JUDGE